# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2021 KW 1397

VERSUS

WILLIAM POWELL                                          **JANUARY 31, 2022**

---

In Re:     William Powell, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 10-
           CR3-110833.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

　　　**WRIT DENIED.   Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct.
1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to
relator whose conviction and sentence was final at the time the
decision was rendered.   See also **State v. Kelly,** 2021-00572 (La.
9/27/21), 324 So.3d 79 (per curiam).   Accordingly, the district
court did not err by dismissing the application for
postconviction relief.

                              **JMM**
                              **WIL**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT